# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| INTERFACE SYSTEMS, INC. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:15CV00041 SWW |
| METRO URGENT CARE LLP, | * | |
| PHILLIP DISRAELI, and MARC | * | |
| BAUER | * | |
| | * | |
| Defendants | * | |
| | * | |
| | * | |

## ORDER

On April 9, 2015, Plaintiff filed notice of nonsuit (ECF No. 11), purporting to give notice of Plaintiff's "voluntary dismissal without prejudice of its Complaint." By order entered April 13, 2015, the Court notified the parties that, given the procedural posture of this case, it would construe Plaintiff's notice as a motion for voluntary dismissal, pursuant to Rule 41(a)(2). The only defendant remaining in this case, Metro Urgent Care LLP, has filed a response (ECF No. 16) stating that it has no objection to voluntary dismissal.

IT IS THEREFORE ORDERED that this action is DISMISSED WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED THIS 20th DAY OF APRIL, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE